**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
Western District of Texas

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

# Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Oil Daddy, LLC | |
| **2. All other names debtor used in the last 8 years** Include any assumed names, trade names, and *doing business as* names | LubriTech | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 3 0 – 0 7 4 8 0 0 7 | |
| **4. Debtor's address** | **Principal place of business** 1440 N County Road 1110 Number Street Midland, TX 79706 City State ZIP Code Midland County | **Mailing address, if different from principal place of business** Number Street City State ZIP Code **Location of principal assets, if different from principal place of business** Number Street City State ZIP Code |
| **5. Debtor's website (URL)** | | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: | |

Debtor  Oil Daddy, LLC  
      Name

Case number *(if known)* _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. §101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. §781(3))
☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No
☑ Yes. District Western District of Texas  When 9/13/2023  Case number 23-70115
                                                          MM / DD / YYYY

      District _____  When _____ Case number _____
                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
☐ Yes. Debtor _____  Relationship _____
      District _____  When _____
                                      MM / DD / YYYY
      Case number, if known _____

| Debtor | Oil Daddy, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number   Street

_____    _____    _____
City                        State   ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____
         Contact name    _____
         Phone           _____

### Statistical and administrative information

**13. Debtor's estimation of available funds?**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49       ☐ 50-99      ☐ 1,000-5,000   ☐ 5,001-10,000   ☐ 25,001-50,000   ☐ 50,000-100,000
☐ 100-199    ☐ 200-999    ☐ 10,001-25,000                   ☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000              ☑ $1,000,001-$10 million       ☐ $500,000,001-$1 billion
☐ $50,001-$100,000        ☐ $10,000,001-$50 million      ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000       ☐ $50,000,001-$100 million     ☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million     ☐ $100,000,001-$500 million    ☐ More than $50 billion

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page **3**

Debtor   Oil Daddy, LLC
         Name
                                                                    Case number *(if known)*

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   02/02/2024
              MM/ DD/ YYYY

X  /s/ Sidney Ivey                                  Sidney Ivey
Signature of authorized representative of debtor    Printed name

Title   Manager

**18. Signature of attorney**

X   /s/ Reese Baker                         Date   02/02/2024
Signature of attorney for debtor                   MM/ DD/ YYYY

Reese Baker
Printed name

Baker & Associates
Firm name

950 Echo Ln Ste 300
Number     Street

Houston                             TX           77024-2824
City                                State        ZIP Code

                                    courtdocs@bakerassociates.net
Contact phone                       Email address

01587700                            TX
Bar number                          State

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page **4**

AHG Technologies, LP aka
Armadillo Hotel
One Park Center
9430 Research Blvd # 4
Austin, TX 78759-6586

Amber James
1610 5th Ave
Fort Worth, TX 76104-4324

Capital Assist, LLC
40 Wall St Ste 2901
New York, NY 10005-1304

Centurion Technologies
c/o Burt & Associates
801 E. Richardson Rd. Suite 165
Richardson, TX 75081

Chevrolet Finance
Po Box 1617
Minneapolis, MN 55440-1617

Cintas Corporation
Po Box 650838
Dallas, TX 75265-0838

City National Bank
509 E Goode St
Quitman, TX 75783

Delta Energy Distribution, LLC
733 Keyser Ave
Natchitoches, LA 71457-0030

Delta Fuel Company, LLC
Po Box 1810
Ferriday, LA 71334-1810

Empire Torque Tools, LLC
9203 Sweetbrush Dr
Houston, TX 77064-1424

Endeavor Energy Resources, LP
c/o Michael McKinney
24 Smith Rd Ste 505
Midland, TX 79705-4413

First-Citizens Bank & Trust
10201 Centurion Pkwy N
Jacksonville, FL 32256-4100

Fundsource Management
1816 W James St
West Norriton, PA 19403-2825

Golden Ranch Energy Services
Po Box 280
Raceland, LA 70394-0280

Grappler Pressure Pumping, LLC
3847 S Boulevard Ste 200
Edmond, OK 73013-5497

Integrity Delaware, LLC
DBA Integrity Industries
Po Box 5342
Kingsville, TX 78364-5342

Internal Revenue Service
300 E 8th Stop 5026 AUS
Austin, TX 78701


Internal Revenue Service
Centralized Insolvency Operations
Po Box 7346
Philadelphia, PA 19101-7346


Jules and Associates, Inc.
515 S Figueroa St Ste 1900
Los Angeles, CA 90071-3336


L4 Restored, LLC
468 Isabella Dr
Blanchard, OK 73010-9516


Nick Conti
273 Winding Rd
Boyertown, PA 19512-7679


Nov, Inc.
500 N Loraine St
Midland, TX 79701-4745


Oilfieldlodging.com, LLC
13215 Bee Cave Pkwy Ste B200
Austin, TX 78738-0060


Padgett Construction
Russ Padgett
1311 N County Road 1110
Midland, TX 79706-4552

Premier Flow Control
Po Box 3079
Corsicana, TX 75151-3079

QFS Capital, LLC
16192 Coastal Hwy
Lewes, DE 19958-3608

Rapid Finance
4500 East West Hwy # 6
Bethesda, MD 20814-3327

Romac Environmental
Services, LLC
Jami L. Ishee
810 S Buchanan St
Lafayette, LA 70501-6863

Small Business Financial
Solutions, LLC
4500 East West Hwy # 6
Bethesda, MD 20814-3327

Southwest Bank
4800 E 42nd St
Odessa, TX 79762-7214

Southwest Bank Factoring,
LLC
4800 E 42nd St
Odessa, TX 79762-7214

Sunbelt Rentals
1275 W Mound St
Columbus, OH 43223-2213

TCS Equipment Finance
11645 S 700 E Ste 250
Draper, UT 84020-9850

The Nitsche Group
143 E Austin St
Giddings, TX 78942-3201

Tiger Industrial Rentals, LLC
c/a John Seth Bullard
470 Orleans St Fl 4
Beaumont, TX 77701-3000

UniFirst
1520 S Crane Ave
Odessa, TX 79763-4758

Union Funding Source, Inc.
1835 E Hallandale Beach Blvd Pmb 278
Hallandle Bch, FL 33009-4619

Univar
3 Waterway Square Pl Ste 1000
Spring, TX 77380-3488

US Energy & Supply, LLC
Po Box 61648
Midland, TX 79711-1648

US Small Business Administration
Little Rock Loan Servicing
2120 Riverfront Dr Ste 100
Little Rock, AR 72202-1794

Vista Point Services, LLC
1786 Tall Tree Dr E
Jacksonville, FL 32246-7286