1:20 PM
11/30/23
Cash Basis

# Oil Daddy
# Profit & Loss
## January 2021 through December 2023

|  | Jan - Dec 21 | Jan - Dec 22 | Jan - Dec 23 |
|---|---:|---:|---:|
| **Ordinary Income/Expense** | | | |
| **Income** | | | |
| Sales | 4,645,753.46 | 4,527,045.31 | 1,196,883.83 |
| **Total Income** | 4,645,753.46 | 4,527,045.31 | 1,196,883.83 |
| **Gross Profit** | 4,645,753.46 | 4,527,045.31 | 1,196,883.83 |
| **Expense** | | | |
| Advertising and Promotion | 11,757.77 | 1,970.04 | 2,391.23 |
| Automobile Expense | 129,944.59 | 199,384.27 | 78,549.51 |
| Bank Service Charges | 8,098.65 | 26,557.72 | 11,472.04 |
| Charitable Contributions | 4,689.63 | 0.00 | 200.00 |
| Computer and Internet Expenses | 3,613.73 | 8,679.54 | 222.75 |
| Equipment Rental | 168,909.66 | 111,383.45 | 57,504.29 |
| Factoring fees | 35,524.77 | 87,008.89 | 19,828.35 |
| Fuel | 238,316.41 | 135,300.33 | 65,045.42 |
| **Insurance Expense** | | | |
| General Liability Insurance | 4,052.73 | 0.00 | 0.00 |
| Health Insurance | 107,715.21 | 0.00 | 0.00 |
| Worker's Compensation | 9,398.42 | 0.00 | 0.00 |
| Insurance Expense - Other | 24,224.84 | 119,918.55 | 151,003.65 |
| **Total Insurance Expense** | 145,391.20 | 119,918.55 | 151,003.65 |
| Interest Expense | 159,921.55 | 137,613.18 | 75,926.43 |
| Lease expense | 0.00 | 15,886.17 | 0.00 |
| Materials | 1,014,468.11 | 654,363.90 | 70,752.53 |
| Meals and Entertainment | 21,567.52 | 34,581.94 | 3,977.90 |
| Medical | 2,315.28 | 1,364.68 | 509.84 |
| Miscellaneous Expense | 2,000.00 | -0.21 | -49.32 |
| Office Expense | 119,960.54 | 62,115.59 | 55,252.43 |
| **Payroll Expenses** | | | |
| Bonus | 400.00 | 0.00 | 0.00 |
| Levy | 0.00 | 264.98 | 0.00 |
| Reimburse - Misc | 5,689.11 | 34,581.81 | 1,424.79 |
| TWC | 9,175.32 | 14,437.67 | 3,525.69 |
| Wages | 2,284,694.23 | 1,921,290.78 | 463,611.67 |
| Payroll Expenses - Other | 445,153.06 | 232,945.78 | 53,998.51 |
| **Total Payroll Expenses** | 2,745,111.72 | 2,203,521.02 | 522,560.66 |
| Permits and Licensing | 46,129.23 | 30,645.83 | 7,266.22 |
| Postage and Delivery | 1,768.70 | 4,647.58 | 823.97 |
| **Professional Fees** | | | |
| Accounting | 9,000.00 | 8,400.00 | 0.00 |
| Bookkeepig | 0.00 | 5,814.50 | 3,182.50 |
| Consultant | 1,827.99 | 7,462.24 | 0.00 |
| Legal Fees | 17,495.44 | 6,481.00 | 26,400.86 |
| Professional Fees - Other | 0.00 | 4,625.00 | 0.00 |
| **Total Professional Fees** | 28,323.43 | 32,782.74 | 29,583.36 |
| Rent Expense | 56,890.00 | 55,000.00 | 34,500.00 |
| Repairs and Maintenance | 7,573.11 | 16,881.15 | 7,410.64 |
| Safe Deposit Box | 0.00 | 0.00 | 80.00 |
| Small Tools | 2,081.94 | 2,047.82 | 2,995.98 |
| Subcontracted Services | 444,071.10 | 311,357.78 | 414,949.96 |
| Supplies | 72,801.97 | 66,800.65 | 29,696.43 |
| Tax | 16,156.00 | 142.35 | 5,199.76 |
| Tax - heavy haul | 316.84 | 0.00 | 0.00 |
| Taxes - Property | 2,882.08 | 0.00 | 81.08 |
| Telephone Expense | 11,898.40 | 11,655.27 | 5,043.92 |
| Travel Expense | 179,591.00 | 181,820.65 | 126,092.56 |

1:20 PM
11/30/23
Cash Basis

# Oil Daddy
## Profit & Loss
January 2021 through December 2023

|  | Jan - Dec 21 | Jan - Dec 22 | Jan - Dec 23 |
|---|---:|---:|---:|
| **Truck Allowance** | 4,642.43 | 0.00 | 0.00 |
| **Utilities** | 14,113.42 | 21,273.47 | 16,744.43 |
| **Total Expense** | 5,700,830.78 | 4,534,704.35 | 1,795,616.02 |
| **Net Ordinary Income** | -1,055,077.32 | -7,659.04 | -598,732.19 |
| **Other Income/Expense** | | | |
| **Other Income** | | | |
| Chargeoff | 0.00 | 0.00 | 156,937.09 |
| Finance Charge Income | 0.00 | 0.00 | -172.03 |
| Reward Income | 1,006.88 | 4,951.80 | 6,809.55 |
| **Total Other Income** | 1,006.88 | 4,951.80 | 163,574.61 |
| **Other Expense** | | | |
| Ask My Accountant | 0.00 | 259,412.40 | 0.00 |
| Lubritech - | 122,020.92 | 33,010.00 | 0.00 |
| **Total Other Expense** | 122,020.92 | 292,422.40 | 0.00 |
| **Net Other Income** | -121,014.04 | -287,470.60 | 163,574.61 |
| **Net Income** | **-1,176,091.36** | **-295,129.64** | **-435,157.58** |

| | |
|---|---|
| 1:20 PM | **Oil Daddy** |
| 11/30/23 | **Profit & Loss** |
| Cash Basis | **January 2021 through December 2023** |

| | TOTAL |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Income** | |
|     **Sales** | 10,369,682.60 |
|   **Total Income** | 10,369,682.60 |
| **Gross Profit** | 10,369,682.60 |
|   **Expense** | |
|     **Advertising and Promotion** | 16,119.04 |
|     **Automobile Expense** | 407,878.37 |
|     **Bank Service Charges** | 46,128.41 |
|     **Charitable Contributions** | 4,889.63 |
|     **Computer and Internet Expenses** | 12,516.02 |
|     **Equipment Rental** | 337,797.40 |
|     **Factoring fees** | 142,362.01 |
|     **Fuel** | 438,662.16 |
|     **Insurance Expense** | |
|       **General Liability Insurance** | 4,052.73 |
|       **Health Insurance** | 107,715.21 |
|       **Worker's Compensation** | 9,398.42 |
|       **Insurance Expense - Other** | 295,147.04 |
|     **Total Insurance Expense** | 416,313.40 |
|     **Interest Expense** | 373,461.16 |
|     **Lease expense** | 15,886.17 |
|     **Materials** | 1,739,584.54 |
|     **Meals and Entertainment** | 60,127.36 |
|     **Medical** | 4,189.80 |
|     **Miscellaneous Expense** | 1,950.47 |
|     **Office Expense** | 237,328.56 |
|     **Payroll Expenses** | |
|       **Bonus** | 400.00 |
|       **Levy** | 264.98 |
|       **Reimburse - Misc** | 41,695.71 |
|       **TWC** | 27,138.68 |
|       **Wages** | 4,669,596.68 |
|       **Payroll Expenses - Other** | 732,097.35 |
|     **Total Payroll Expenses** | 5,471,193.40 |
|     **Permits and Licensing** | 84,041.28 |
|     **Postage and Delivery** | 7,240.25 |
|     **Professional Fees** | |
|       **Accounting** | 17,400.00 |
|       **Bookkeepig** | 8,997.00 |
|       **Consultant** | 9,290.23 |
|       **Legal Fees** | 50,377.30 |
|       **Professional Fees - Other** | 4,625.00 |
|     **Total Professional Fees** | 90,689.53 |
|     **Rent Expense** | 146,390.00 |
|     **Repairs and Maintenance** | 31,864.90 |
|     **Safe Deposit Box** | 80.00 |
|     **Small Tools** | 7,125.74 |
|     **Subcontracted Services** | 1,170,378.84 |
|     **Supplies** | 169,299.05 |
|     **Tax** | 21,498.11 |
|     **Tax - heavy haul** | 316.84 |
|     **Taxes - Property** | 2,963.16 |
|     **Telephone Expense** | 28,597.59 |
|     **Travel Expense** | 487,504.21 |

| | | |
|---|---|---:|
| 1:20 PM | | **Oil Daddy** |
| 11/30/23 | | **Profit & Loss** |
| **Cash Basis** | | January 2021 through December 2023 |

| | | TOTAL |
|---|---|---:|
| | Truck Allowance | 4,642.43 |
| | Utilities | 52,131.32 |
| | **Total Expense** | 12,031,151.15 |
| **Net Ordinary Income** | | -1,661,468.55 |
| **Other Income/Expense** | | |
| **Other Income** | | |
| | Chargeoff | 156,937.09 |
| | Finance Charge Income | -172.03 |
| | Reward Income | 12,768.23 |
| **Total Other Income** | | 169,533.29 |
| **Other Expense** | | |
| | Ask My Accountant | 259,412.40 |
| | Lubritech - | 155,030.92 |
| **Total Other Expense** | | 414,443.32 |
| **Net Other Income** | | -244,910.03 |
| **Net Income** | | **-1,906,378.58** |