**Oil Daddy LLC**
**14-day budget**

| Item | Amount |
|---|---|
| Insurance | $2,312.38 |
| Estimated labor | $15,000.00 |
| Materials | $24,538.80 |
| Maintenance | $500.00 |
| Utilities-Telephone/internet | $100.00 |
| Reserve for Sub Chapter V Trustee | $500.00 |
| Legal fees for bankruptcy counsel (held in trust) | $1,000.00 |
| Book keeper/Accountant-monthly fee | $825,00 |
| Misc. | $1,000 |
| | |
| Estimated expenses | $45,776.18 |
| | |
| Estimated income | $54,120.00 |
| Cash in bank account on 2-7-24 | $3,150.00 |
| Cash Available for period | $57,270.00 |
| | |
| Net cash flow | $11,493.82 |
| | |