UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| OIL DADDY, LLC, | § | CASE NO. 24-70009-SMR |
| | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

**AMENDED VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

I, Brad W. Odell, the duly appointed Subchapter V Trustee in this Bankruptcy Case, file this Amended Verified Statement after learning more about the case during my conversations with counsel for the Debtor.

At the time of my appointment, I did not realize that prior to the filing of this Bankruptcy Case the owner of the Debtor had reached out to me regarding the possibility of hiring me and my law firm to represent the Debtor in bankruptcy proceeding. I do not recall the exact date of our call, but I believe it to have been at the end of 2023.

During the call with Mr. Ivey, I do not recall him ever telling me the name of the Debtor. Our conversation, to the best of my recollection, was no longer than thirty (30) minutes. During the call, Mr. Ivey informed me of the prior bankruptcy case, its dismissal, and the need to file as soon as possible another bankruptcy case. Due to the perceived emergency need to file another case and my capacity to take on a matter of such urgency, I declined to take on the representation and provided Mr. Ivey with the names of other attorneys who might be able to assist him.

The only other information that Mr. Ivey disclosed to me during the call was the major secured creditor and the actions it had been taking to collect on its debts.

Notwithstanding the foregoing, I hereby verify that I remain a "disinterested person" as defined by 11 U.S.C. § 101(14) in that I:

    (a)    am not a creditor, equity security holder or insider of the debtor;

1

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

I hereby file this Amended Verified Statement as part of my appointment as subchapter V trustee in this case.

Dated: February 14, 2024     Respectfully submitted,

By: /s/ Brad W. Odell
Brad W. Odell
Texas Bar No. 24065839

Mullin Hoard & Brown, L.L.P.
1500 Broadway, Suite 700
Lubbock, TX 79401
Email: bodell@mhba.com
Phone: 806-765-7491
**Subchapter V Trustee**

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of February 2024, a true and correct copy of the foregoing motion was filed with the Court and served by first class mail, postage prepaid and properly addressed to all parties listed on the attached Service List and/or electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

/s/ *Brad W. Odell*
Brad W. Odell

2

```
Label Matrix for local noticing            Oil Daddy, LLC                             U.S. BANKRUPTCY COURT
0542-7                                     1440 N. Country Road 1110                  903 San Jacinto Blvd, Suite 322
Case 24-70009-smr                          Midland, TX 79706                          Austin, TX 78701-2450
Western District of Texas
Midland
Mon Feb 12 15:47:14 CST 2024

AHG Technologies, LP aka Armadillo Hotel   Amber James                                Capital Assist, LLC
One Park Center                            1610 5th Ave                               40 Wall St Ste 2901
9430 Research Blvd # 4                     Fort Worth, TX 76104-4324                  New York, NY 10005-1304
Austin, TX 78759-6586


Centurion Technologies                     Chevrolet Finance                          Cintas Corporation
c/o Burt & Associates                      Po Box 1617                                Po Box 650838
801 E. Richardson Rd. Suite 165            Minneapolis, MN 55440-1617                 Dallas, TX 75265-0838
Richardson, TX 75081


City National Bank                         Delta Energy Distribution, LLC            (p)DELTA FUEL COMPANY  LLC
509 E Goode St                             733 Keyser Ave                             ATTN MICHAEL SMITH
Quitman, TX 75783                          Natchitoches, LA 71457-0030                P O BOX 1810
                                                                                      FERRIDAY LA 71334-1810


Empire Torque Tools, LLC                   Endeavor Energy Resources, LP              Endeavor Energy Resources, LP
9203 Sweetbrush Dr                         c/o Michael McKinney                       c/o Randall L. Rouse
Houston, TX 77064-1424                     24 Smith Rd Ste 505                        Lynch, Chappell & Alsup, PC
                                           Midland, TX 79705-4413                     300 N. Marienfeld, Suite 700
                                                                                      Midland, TX 79701-4393

First-Citizens Bank & Trust                Fundsource Management                      Golden Ranch Energy Services
10201 Centurion Pkwy N                     1816 W James St                            Po Box 280
Jacksonville, FL 32256-0541                West Norriton, PA 19403-2825               Raceland, LA 70394-0280


Grappler Pressure Pumping, LLC             Greenwood Independent School District      Integrity Delaware, LLC
3847 S Boulevard Ste 200                   c/o Laura J. Monroe                        DBA Integrity Industries
Edmond, OK 73013-5497                      Perdue, Brandon, Fielder, Collins & Mott   Po Box 5342
                                           PO Box 817                                 Kingsville, TX 78364-5342
                                           Lubbock, TX 79408-0817


(p)INTERNAL REVENUE SERVICE                Jules and Associates, Inc.                 L4 Restored, LLC
CENTRALIZED INSOLVENCY OPERATIONS          515 S Figueroa St Ste 1900                 468 Isabella Dr
PO BOX 7346                                Los Angeles, CA 90071-3336                 Blanchard, OK 73010-9516
PHILADELPHIA PA 19101-7346


Midland Central Appraisal District         Midland County                             Midland County Utility District
c/o McCreary, Veselka, Bragg & Allen       c/o Laura J. Monroe                        c/o Laura J. Monroe
P.O. Box 1269                              Perdue, Brandon, Fielder, Collins & Mott   Perdue, Brandon, Fielder, Collins & Mott
Round Rock, TX 78680-1269                  PO Box 817                                 PO Box 817
                                           Lubbock, TX 79408-0817                     Lubbock, TX 79408-0817


Nick Conti                                 Nov, Inc.                                  Oilfieldlodging.com, LLC
273 Winding Rd                             500 N Loraine St                           13215 Bee Cave Pkwy Ste B200
Boyertown, PA 19512-7679                   Midland, TX 79701-4745                     Austin, TX 78738-0060
```

| | | |
|---|---|---|
| Padgett Construction<br>Russ Padgett<br>1311 N County Road 1110<br>Midland, TX 79706-4552 | Premier Flow Control<br>Po Box 3079<br>Corsicana, TX 75151-3079 | QFS Capital, LLC<br>16192 Coastal Hwy<br>Lewes, DE 19958-3608 |
| Rapid Finance<br>4500 East West Hwy # 6<br>Bethesda, MD 20814-3327 | Romac Environmental Services, LLC<br>Jami L. Ishee<br>810 S Buchanan St<br>Lafayette, LA 70501-6863 | Small Business Financial Solutions, LLC<br>4500 East West Hwy # 6<br>Bethesda, MD 20814-3327 |
| SouthWest Bank<br>c/o Amber James<br>James Firm, PLLC<br>1610 5th Ave<br>Fort Worth, Texas 76104-4324 | Southwest Bank<br>4800 E 42nd St<br>Odessa, TX 79762-7214 | Southwest Bank Factoring, LLC<br>4800 E 42nd St<br>Odessa, TX 79762-7214 |
| Southwest Bank Factoring, LLC dba Titan Fina<br>c/o Amber James<br>James Firm, PLLC<br>1610 5th Avenue<br>Fort Worth, Texas 76104-4324 | Sunbelt Rentals<br>1275 W Mound St<br>Columbus, OH 43223-2213 | TCS Equipment Finance<br>11645 S 700 E Ste 250<br>Draper, UT 84020-9850 |
| The Nitsche Group<br>143 E Austin St<br>Giddings, TX 78942-3201 | Tiger Industrial Rentals, LLC<br>c/a John Seth Bullard<br>470 Orleans St Fl 4<br>Beaumont, TX 77701-3000 | US Energy & Supply, LLC<br>Po Box 61648<br>Midland, TX 79711-1648 |
| US Small Business Administration<br>Little Rock Loan Servicing<br>2120 Riverfront Dr Ste 100<br>Little Rock, AR 72202-1794 | UniFirst<br>1520 S Crane Ave<br>Odessa, TX 79763-4758 | Union Funding Source, Inc.<br>1835 E Hallandale Beach Blvd Pmb 278<br>Hallandle Bch, FL 33009-4619 |
| United States Trustee - MD12<br>US Trustee's Office<br>230 Homer Thornberry Judicial Bldg.<br>903 San Jacinto Blvd.<br>Austin, TX 78701-2450 | Univar<br>3 Waterway Square Pl Ste 1000<br>Spring, TX 77380-3488 | Vista Point Services, LLC<br>1786 Tall Tree Dr E<br>Jacksonville, FL 32246-7286 |
| Yantis Independent School District<br>Perdue Brandon Fielder Collins & Mott<br>PO Box 2007<br>Tyler, TX 75710-2007 | Brad W. Odell<br>Mullin Hoard & Brown, LLP<br>1500 Broadway, Suite 700<br>Lubbock, TX 79401-3169 | Reese W Baker<br>Baker & Associates<br>950 Echo Lane<br>Suite 300<br>Houston, TX 77024-2824 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Delta Fuel Company, LLC<br>Po Box 1810<br>Ferriday, LA 71334-1810 | Internal Revenue Service<br>300 E 8th Stop 5026 AUS<br>Austin, TX 78701 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Internal Revenue Service          End of Label Matrix
Centralized Insolvency Operations    Mailable recipients    53
Po Box 7346                          Bypassed recipients     1
Philadelphia, PA 19101-7346          Total                  54
```