| Oil Daddy | | Apr-24 | | |
|---|---|---|---|---|
| | Starting | Disburesements | Deposits | |
| Horizon Payroll 5097 | | | | |
| | $ 9.57 | | | |
| Debit payroll | | $ 4,800.00 | | |
| Deposit | | | $ 5,000.00 | |
| Ending balance | | | $ 209.57 | |
| | | | | |
| **Horizon Operating** | | | | |
| Starting | $ 48,179.06 | | | |
| Debits | | $ 10,928.80 | | |
| Withdrawals automatic | | $ 30,221.06 | | |
| Card activity | | $ 8,059.23 | | |
| Total | | $ 49,209.09 | | |
| Deposits | | | $ 3,247.25 | |
| Ending Balance | | | $ 2,217.22 | |
| | | | | |
| Chase | $ (7.32) | | | |
| Deposits- personal funds | | | $ 1,100.00 | |
| Chase -personal expense | | $ 1,000.00 | | |
| | | | $ 77.68 | |
| Ending balance | | | | |
| | | | | |
| Starting | $ 48,181.31 | | | |
| Disbursements | $ 55,009.09 | | | |
| Deposits | $ 9,347.25 | | | |
| Ending Balance | $ 2,519.47 | | | |