**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: June 03, 2024.**



_____
**SHAD M. ROBINSON**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**MIDLAND DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 24-70009-SMR |
| OIL DADDY, LLC, | § | |
| | § | CHAPTER 11 |
| DEBTOR. | § | |

**ORDER DISMISSING CASE**

Came on for consideration the United States Trustee's Motion to Dismiss or Convert Case (the "Motion" at ECF No. 129) of Oil Daddy, LLC Oil Daddy, LLC (the "Debtor"). The Court finds that cause exists under 11 U.S.C. § 1112(b) to dismiss or convert the bankruptcy case because the Debtor (1) is experiencing continuing loss to or diminution of the estate in the absence of a reasonable likelihood of rehabilitation, (2) failed to comply with an order of the court, and (3) failed to timely file monthly operating reports as required by Bankruptcy Local Rule 2015(b). The Court further finds it is in the best interests of creditors and the estate to dismiss this case. For the above reasons and the reasons set forth on the record, the Court holds that this case should be dismissed. Accordingly, it is therefore

**ORDERED** that the Motion is hereby GRANTED as set forth in this Order. It is further

**ORDERED** that the above-styled and numbered case be, and is hereby, DISMISSED. It is further

**ORDERED** that estate professionals, including Debtor's Counsel, and Brad Odell (Subchapter V Trustee) shall file their respective final fee application within 30 days of the date of entry of this Order. Following approval of the final fee applications, Debtor shall pay the allowed fees within 10 days thereafter. Debtor's failure to timely pay the allowed fees entitles the party who was awarded fees to seek relief from the bankruptcy court. It is further

**ORDERED** that the Subchapter V Trustee shall file a final report as required by 11 U.S.C. § 1183(b)(1) within 30 days of entry of any order related to the Subchapter V Trustee's final fee application. It is further

**ORDERED** that the Subchapter V Trustee is discharged immediately upon entry of this Order. It is further

**ORDERED** that notwithstanding entry of this Order and dismissal of the case, the Court retains jurisdiction to consider and determine professional fee applications (including the Subchapter V Trustee's fee application), to determine the amount and reasonableness of professional fee applications under 11 U.S.C. § 330 (or other applicable law) and Federal Rule of Bankruptcy Procedure 9013, to approve such fees as an administrative expense priority, to enter final orders/judgments on professional fee applications, and to enforce orders/judgments authorizing and awarding professional fees.

# # #